

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8          SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,    )    Criminal Case No. 08MR 1540·JM
                                 )
10                Plaintiff,     )
                                 )    I N F O R M A T I O N
11                               )
          v.                     )    Title 21, U.S.C., Secs. 846 and
12                               )    841(a)(1) - Conspiracy to
                                 )    Manufacture Marijuana
13  THOMAS SWIFT (D1),           )
    KEVIN KENNEDY (D2),          )
14  ROBERT ROCCO (D3),           )
    STEVEN ZUFALL (D4),          )
15  RUDY TIJERINA (D5),          )
    LEWIS JIMENEZ (D6),          )
16       aka Jesse Sandoval      )
    KYLE KIMBREL (D7),           )
17  JORGE MORALES (D8),          )
    JOSE RODRIGUEZ-PARRA (D9),   )
18  RANDY KENNEDY (D10),         )
    GLENN SWIFT (D11),           )
19  GREGORY SWIFT (D12),         )
    BRANDON GONZALEZ (D13),      )
20                               )
                  Defendants.    )
21  _____  )

22       The United States Attorney charges:

23       Beginning at a date unknown and continuing up to and including

24  April 14, 2008, within the Southern District of California,

25  defendants THOMAS V. SWIFT, KEVIN D. KENNEDY, ROBERT ROCCO, STEVEN

26  ZUFALL, RUDY TIJERINA, JESSE SANDOVAL, KYLE KIMBREL, JORGE MORALES,

27  JOSE RODRIGUEZ, RANDY KENNEDY, GLENN SWIFT, GREGORY SWIFT, and

28  BRANDON GONZALEZ did conspire to manufacture a controlled

    substance, to wit, 1000 and more marijuana plants, a Schedule I

1  Controlled Substance, in violation of Title 21, United States Code,

2  Sections 846 and 841(a)(1).

3      DATED:  MAy 13, 2008    .

4                              KAREN P. HEWITT
                               United States Attorney
5

6                              STEWART M. YOUNG
                               Assistant U.S. Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28