AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Lewis Jimenez

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR1540 JM

I, Lewis Jimenez, the above named defendant, who is accused of

21 USC 841 AND 846 - Conspiracy to Manufacture Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-27-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _Judge_

**FILED**
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd