FILED

JUN 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1540 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana |
| | ) | |
| LEWIS JIMENEZ (D6), aka Jesse Sandoval, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including April 14, 2008, within the Southern District of California, defendant LEWIS JIMENEZ aka Jesse Sandoval did conspire with THOMAS SWIFT and KEVIN KENNEDY, and with others known and unknown, to manufacture a controlled substance, to wit, 1000 and more marijuana plants; and specifically: 2,266 marijuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: June 27, 2008

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney